# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KELLY CARLIER, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Civil Action No. 3:20-cv-00266-JCH |

## NOTICE OF RELATED CASE

Plaintiff Kelly Carlier respectfully submits this Notice of Related Case. This matter is related to *Rease v. Charter Communications, Inc.*, No. 3:20-cv-00150-RNC, which is pending before the Honorable Robert N. Chatigny.

Dated: February 26, 2020

Respectfully submitted,

**REARDON SCANLON LLP**

By:  */s/ James J. Reardon, Jr.*
   James J. Reardon, Jr.

James J. Reardon, Jr.
45 South Main Street, 3rd Floor
West Hartford, CT 06107
Telephone: (860) 955-9455
Facsimile: (860) 920-5242
Email: james.reardon@reardonscanlon.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn (*Pro Hac Vice Forthcoming*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jarisohn@bursor.com

*Attorneys for Plaintiff*